UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT ) | |
| OF MARQUETTE TRANSPORTATION CO., ) | |
| INC., AS OWNER OF THE M/V GREG ) | |
| MINTON AND BLUEGRASS MARINE, INC., ) | Case No. 4:03CV 967 CDP |
| AS OPERATOR AND OWNER PRO HAC VICE,) | |
| FOR EXONERATION FROM OR LIMITATION ) | In Admiralty |
| OF LIABILITY, ) | |

# MEMORANDUM AND ORDER

I have considered the parties' joint motion for approval of settlement agreement and find that it is in the best interests of the surviving minor child, and should be approved.

Accordingly,

**IT IS HEREBY ORDERED** that the motion for approval of settlement agreement [#73] is granted and the proposed settlement is approved.

**IT IS FURTHER ORDERED** that Cassandra Marie Garcia as Parent and Natural Guardian of the minor child Gregory Cassieon Williams (Cassieon) is authorized to execute the Settlement Agreement and Release on the minor child's behalf releasing, waiving and discharging all actions, claims and demands whatsoever, which Cassieon has or may have against Marquette, Bluegrass, or Paris as a result of the incident on October 12, 2003, that resulted in Gregory Julius Williams' death.

**IT IS FURTHER ORDERED** that Cassandra Marie Garcia, as Parent and Natural Guardian of Cassieon, shall acknowledge receipt of the settlement funds referenced herein and is authorized to acknowledge satisfaction of the judgment entered by the Court on this case.

**IT IS FURTHER ORDERED** that Cheryl Moses Williams shall execute her Affidavit and Release within seven (7) days or, in the event she is unable to do so, her attorneys may execute the documents on her behalf. Thomas Paris shall sign the promissory notes as outlined in paragraph 16 of the parties' Joint Motion within seven (7) days or, in the event he is unable to do so his attorneys are authorized to execute the documents on his behalf.

**IT IS FURTHER ORDERED** that claimants shall file their dismissals within fourteen (14) days, and thereafter the Court will enter its judgment exonerating petitioner and dismissing all claims.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of July, 2005.