UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

IN THE MATTER OF THE COMPLAINT )
OF MARQUETTE TRANSPORTATION CO., )   No. 4:03CV 967 CDP

## MEMORANDUM AND ORDER

By order dated July 15, 2005, I approved the parties' settlement. I did not, however, enter a final judgment of Exoneration and dismissal, because the parties' motion asked me to order the parties to execute certain documents, including dismissals and promissory notes. Perhaps I misinterpreted the parties' motion, but in any event, I need to know whether this matter is ready for a final judgment, order of exoneration, and dismissal of all claims. Accordingly,

**IT IS HEREBY ORDERED** that no later than **Tuesday, October 11, 2005** the parties shall file statements of what further actions need to be taken in this matter. Failure to respond to this order will most likely result in a final judgment, exoneration and dismissal of all claims.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 27th day of September, 2005.